NUMBERS
13-10-00187-CR AND 13-10-00188-CR 

                                                                          


                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

ARNOLD
FRANKLIN HORTON,                                                  Appellant,

 

                                                             v.

 

THE STATE
OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 163rd District Court

                                       of
Orange County, Texas.

____________________________________________________________

 

                                   MEMORANDUM OPINION

 

      Before
Chief Justice Valdez and Justices Rodriguez and Vela

                               Memorandum
Opinion Per Curiam

 








Appellant, Arnold
Franklin Horton, by and through his attorney, has filed a motion to dismiss his
appeals.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the cases, we grant appellant’s motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. 
Having dismissed the appeals at appellant's request, no motions for rehearing
will be entertained, and our mandates will issue forthwith.  Any pending
motions are dismissed as moot.

 

PER
CURIAM

 

Do not publish.  

See Tex. R. App. P.
47.2(b).  

 

Delivered and filed the

2nd day of December, 2010.